# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **MICHELE SILVERMAN BEDELL,** Individually and on behalf of All Others similarly situated,<br><br>      **Plaintiff,**<br><br>-against-<br><br>**BLACKBAUD, INC.,**<br><br>      **Defendant.** | Case No. 3:20-cv-04514-JFA |

## JOINT NOTICE OF SETTLEMENT

Defendant Blackbaud, Inc. and Plaintiff Michele Silverman Bedell (collectively, the "Parties"), by counsel, hereby notify the Court that the Parties have reached a settlement with regard to Plaintiff Bedell's claims against Blackbaud and are presently finalizing the settlement agreement. The Parties anticipate filing a Stipulation of Dismissal with prejudice within the next forty-five (45) days.

Dated: April 4, 2025

                Respectfully submitted,

                **BLAU LEONARD LAW GROUP LLC**

                */s/ Steven Bennett Blau*
                Steven Bennett Blau
                23 Green Street
                Suite 015
                Huntington, NY  11743
                Tel:  (631) 458-1010
                Fax:  (631) 458-1011
                Email: sblau@blauleonardlaw.com

                *Attorneys for Plaintiff Michele Silverman Bedell*

**BURR FOREMAN MCNAIR**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: 803-799-9800
Fax: 803-753-3278
Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
Tel: 949-622-2722
Fax: 949-622-2739
Email: ron.raether@troutman.com

Ashley L. Taylor, Jr.
David N. Anthony
Timothy J. St. George
H. Scott Kelly, Jr.
1001 Haxall Point
Suite 1500
Richmond, VA 23219
Tel: 804-697-1200
Fax: 804-697-1339
Email: david.anthony@troutman.com
        ashley.taylor@troutman.com
        timothy.st.george@troutman.com
        scott.kelly@troutman.com

Angelo A. Stio, III
Melissa A. Chuderewicz
301 Carnegie Center
Suite 400
Princeton, NJ 08540
Tel: 609-452-0808
Fax: 609-452-1147
Email: angelo.stio@troutman.com
        melissa.chuderewicz@troutman.com


Cindy D. Hanson
600 Peachtree Street NE

2

Suite 3000
Atlanta, GA 30308
Tel: 404-885-3830
Fax: 404-885-3900
Email: cindy.hanson@troutman.com

Amy Pritchard Williams
Joshua D. Davey
301 South College Street
Suite 3400
Charlotte, NC 28202
Tel: 704-998-4050
Fax: 704-998-4051
Email: amy.williams@trouman.com
         joshua.davey@troutman.com

Tambry L. Bradford
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Tele: 213-928-9800
Fax: 213-928-9850
Email: tambry.bradford@troutman.com

*Attorneys for Defendant Blackbaud, Inc.*