# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **MICHELE SILVERMAN BEDELL,** Individually and on behalf of All Others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>**BLACKBAUD, INC.,**<br><br>　　　　　　　　Defendant. | Case No. 3:20-cv-04514-JFA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michele Silverman Bedell and Defendant Blackbaud, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred.

Dated:  June 11, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**BLAU LEONARD LAW GROUP LLC**

　　　　　　　　　　　　　　　　　　　*/s/ Steven Bennett Blau*
　　　　　　　　　　　　　　　　　　　Steven Bennett Blau
　　　　　　　　　　　　　　　　　　　23 Green Street
　　　　　　　　　　　　　　　　　　　Suite 015
　　　　　　　　　　　　　　　　　　　Huntington, NY  11743
　　　　　　　　　　　　　　　　　　　Tel:  (631) 458-1010
　　　　　　　　　　　　　　　　　　　Fax:  (631) 458-1011
　　　　　　　　　　　　　　　　　　　Email: sblau@blauleonardlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Michele Silverman Bedell*

1

**BURR FOREMAN MCNAIR**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: 803-799-9800
Fax: 803-753-3278
Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
Tel: 949-622-2722
Fax: 949-622-2739
Email: ron.raether@troutman.com

Ashley L. Taylor, Jr.
David N. Anthony
Timothy J. St. George
H. Scott Kelly, Jr.
1001 Haxall Point
Suite 1500
Richmond, VA 23219
Tel: 804-697-1200
Fax: 804-697-1339
Email: david.anthony@troutman.com
       ashley.taylor@troutman.com
       timothy.st.george@troutman.com
       scott.kelly@troutman.com

Angelo A. Stio, III
Melissa A. Chuderewicz
301 Carnegie Center
Suite 400
Princeton, NJ 08540
Tel: 609-452-0808
Fax: 609-452-1147
Email: angelo.stio@troutman.com
       melissa.chuderewicz@troutman.com

2

Cindy D. Hanson
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
Tel: 404-885-3830
Fax: 404-885-3900
Email: cindy.hanson@troutman.com

Amy Pritchard Williams
Joshua D. Davey
301 South College Street
Suite 3400
Charlotte, NC 28202
Tel: 704-998-4050
Fax: 704-998-4051
Email: amy.williams@trouman.com
         joshua.davey@troutman.com

Tambry L. Bradford
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
Tele: 213-928-9800
Fax: 213-928-9850
Email: tambry.bradford@troutman.com

*Attorneys for Defendant Blackbaud, Inc.*